Ronald D. Roup (94495) ron@rouplaw.com
Joan C. Spaeder-Younkin (192235) joan@rouplaw.com
ROUP & ASSOCIATES, A LAW CORPORATION
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
(949) 472-2377; Fax: (949) 472-2317

Attorneys for Defendant,
Litton Loan Servicing LP
*(erroneously sued as LITTON LOAN SERVICING)*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| KATHY FABELA, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LITTON LOAN SERVICING, CENTRAL PACIFIC MORTGAGE and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | **Case No. 2:10-cv-01847-MCE-JFM**<br><br>*[Removal from the Superior Court of California, County of Placer, Case No. SCV 27188]*<br><br>**ORDER GRANTING DEFENDANT, LITTON LOAN SERVICING LP'S EX PARTE APPLICATION TO APPEAR TELEPHONICALLY**<br><br>[*Filed concurrently Ex Parte Application*]<br><br>**Motion to Dismiss/Motion to Strike**<br>Date:　　September 30, 2010<br>Time:　　2:00 p.m.<br>Ctrm:　　7 |

///
///
///
///

---

1

**[PROPOSED] ORDER GRANTING DEFENDANT, LITTON LOAN SERVICING LP'S EX PARTE APPLICATION TO APPEAR TELEPHONICALLY**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** having duly considered Defendant, Litton Loan Servicing LP's Ex Parte Application for Order to Appear Telephonically at the Hearing on its Motion to Dismiss Plaintiff's Complaint and Motion to Strike Portions of Plaintiff's Complaint and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

Defendant, Litton Loan Servicing LP's Ex Parte Application for Order to Appear Telephonically at the September 30, 2010, hearing on its Motion to Dismiss and Motion to Strike Plaintiff's Complaint is hereby granted.

Dated: September 24, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE