UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

KATHY FABELA,                          No. 2:10-cv-01847-MCE-JFM

      Plaintiff,

  v.                                   <u>MEMORANDUM AND ORDER</u>

LITTON LOAN SERVICING, et al.,

      Defendants.

----oo0oo----

This action arises out of a mortgage loan transaction in which Plaintiff Kathy Fabela ("Plaintiff") financed a loan to purchase a home in late 2006. Presently before the Court is a Motion by Defendant Litton Loan Servicing, ("Defendant") to Dismiss the claims alleged against it in Plaintiff's Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff has failed to timely file an opposition.

///

///

1

1     Pursuant to Local Rule 230(c), opposition to a motion must
2 be filed not less than fourteen (14) days prior to the date of
3 the hearing.  The date of the hearing on motion was set for
4 September 30, 2010.  Fourteen (14) days prior to the hearing was
5 September 16, 2010.  No opposition was filed as required.
6     In light of the fact that no opposition was filed by
7 Plaintiff, Defendant's Motion to Dismiss[1] (ECF No. 6) is GRANTED
8 with leave to amend.  Defendant concurrently filed a Motion to
9 Strike various portions of Plaintiff's Complaint, pursuant to
10 Federal Rule of Civil Procedure 12(f) (ECF No. 7).  Given the
11 above, Defendant's Motion to Strike is DENIED as moot.
12     As a result of the failure to respond to this Motion, within
13 ten (10) days from the date this Order is electronically filed,
14 Plaintiff's counsel shall either (1) personally pay sanctions in
15 the amount of $250.00 to the Clerk of the Court[2], or (2) show
16 good cause for the failure to comply with Local Rule 230(c).
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).

[2] The Court is authorized to impose sanctions for failure to comply with the Local Rules.  E.D. Cal. Local Rule 110.

2

1 | Plaintiff may file an amended complaint not later than twenty
2 | (20) days after the date this Memorandum and Order is filed
3 | electronically.  If no amended complaint is filed within said
4 | twenty (20)-day period, without further notice, Plaintiff's
5 | claims will be dismissed without leave to amend.
6 |     IT IS SO ORDERED.
7 | Dated:  October 6, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3