UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHY FABELA,                           No. 2:10-cv-01847 MCE-JFM

    Plaintiff,

  v.                                    ORDER

LITTON LOAN SERVICING,
et al.,

    Defendants.

----oo0oo----

On October 6, 2010, this Court granted the Motion to Dismiss (ECF No. 18) of Defendant Litton Loan Servicing LP, *erroneously sued as* Litton Loan Servicing ("Litton" or "Defendant") and ordered Plaintiff, Kathy Fabela ("Plaintiff") to file an amended complaint not later than twenty (20) days from the date of said order.  Plaintiff was to file an amended complaint on or before October 26, 2010; however, Plaintiff has failed to timely file an amended complaint.

///
///

1

Accordingly, the Complaint of Plaintiff is dismissed with prejudice in its entirety.  The Clerk is ordered to administratively close the case.

    IT IS SO ORDERED.

Dated: November 2, 2010

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE